USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIAN QUARTARONE,

                Plaintiff,

v.

DOMINICK DIMELE,

                Defendant.

10 Civ. 483 (RO)

**ORDER**

OWEN, District Judge:

*Pro se* Plaintiff filed a form complaint on January 21, 2010, which he later amended, alleging that *pro se* stockbroker Defendant embezzled money that Plaintiff had invested with Defendant's firm. Defendant answered on February 11, 2010, denying the allegations and providing a "settlement agreement and release" between Defendant and Plaintiff as a complete defense to Plaintiff's claims. The parties appeared before Magistrate Judge Davison on March 16, 2010 and April 13, 2010. Magistrate Judge Davison then converted Defendant's motion for judgment on the pleadings into a motion for summary judgment. On May 28, 2010, Magistrate Judge Davison issued a Report and Recommendation in which he recommended that the Defendant's motion be granted and the case dismissed.

The Court concurs with the Report and Recommendation of Magistrate Judge Davison, and hereby adopts it as the Order of this Court in its entirety.

SO ORDERED.

November 8, 2010

                                                                         RICHARD OWEN
                                                                         UNITED STATES DISTRICT JUDGE